Jamie M. Evans, OSB 117064
Attorney for Plaintiff
Evans & Evans, PC
610 SW Broadway, Suite 405, Portland, OR 97205
Ph.: 503-200-2723; Fax: 503-200-2701
Jamie@evans-evans.com

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| Alicia M. Christy, | |
| Plaintiff, | **Case No. 3:16-cv-01110-SI** |
| vs. | **ORDER FOR EAJA FEES** |
| Carolyn W. Colvin, Commissioner, Social Security Administration. | |
| Defendant. | |

On June 6, 2017, Plaintiff filed an Unopposed Application for Fees under the Equal Access to Justice Act, § 2412(d), in which the parties agree that Plaintiff should be awarded fees in the amount of $6,000 (Doc. No. 19).

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $6,000 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, § 2412(d). There are no costs or expenses. The parties agree that attorney fees will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

EXHIBIT B—PLAINTIFF'S UNOPPOSED APPLICATION FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT - 1

**JAMIE EVANS**
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph. 503-200-2723/F.503-200-2701

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Jamie Evans: 610 SW Broadway, Suite 405, Portland, OR 97205. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 7th day of June, 2017.

                                          /s/ Michael H. Simon
                                          United States District Judge

Proposed Order Submitted:          Date: June 6, 2017

**/s/ Jamie M. Evans**
Jamie M. Evans, OSB # 117064
Attorney for Plaintiff
Evans & Evans, PC
Ph.: 503-200-2723
Fax: 503-200-2701
Jamie@evans-evans.com

EXHIBIT B—PLAINTIFF'S UNOPPOSED APPLICATION FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT - 2

**JAMIE EVANS**
Evans & Evans, PC
610 SW Broadway, Suite 405
Portland, OR 97205
Ph. 503-200-2723/F.503-200-2701